# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN POLSTON, on behalf of herself and all others similarly situated, )))) | |
| Plaintiffs, )) | |
| v. ) | Case No. 4:10-CV00749 JCH |
| SPRINT COMMUNICATIONS COMPANY L.P., et al., )))) | |
| Defendants. ) | |

## [Proposed] THIRD ORDER GRANTING CONTINUANCE OF ANSWER DATE AND EXTENDING STAY OF PROCEEDINGS

Upon the Third Motion of Defendants Sprint Communications Company L.P. ("Sprint"), Qwest Communications Company, LLC f/k/a Qwest Communications Corporation, Level 3 Communications, LLC "(Level 3"), and Wiltel Communications LLC ("Wiltel") for Continuance of Answer Date and Extension of Stay of Proceedings, and for good cause shown, it is hereby ORDERED, that the September 8, 2011 answer date of Sprint, Level 3, and Wiltel is hereby continued and the stay previously entered in the action is hereby extended to December 8, 2011. The extended stay may be lifted at any time prior to December 8, 2011 that the parties are prepared to file a motion for preliminary approval of the Missouri class settlement agreement.

Dated: September 8th, 2011

_____
Hon. Jean C. Hamilton
United States District Judge